**No. 59091.**—Moses Hårvey Botman *v.* United States, protest 126871–K (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *United States* v. *The Josebra Company* (41 C. C. P. A. 206, C. A. D. 552), the claim of the plaintiff was sustained.

**No. 59092.**—Westco Liquor Products Co. *v.* United States, protest 219703–K (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155) and *United States* v. *The Josebra Company* (41 C. C. P. A. 206, C. A. D. 552), the claim of the plaintiff was sustained.

**No. 59093.**—Popper Morson Company *v.* United States, protest 246921–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose anything that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

**No. 59094.**—Halper Brothers, Inc. *v.* United States, protest 247170–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.